IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 2:25-CR-0088-Z |
| § | |
| CAMERON NESBITT § | |
| § | |
| Defendant. § | |

### DEFENDANT CAMERON NESBITT'S UNOPPOSED FIRST MOTION FOR CONTINUANCE OF TRIAL SETTING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW CAMERON NESBITT, Defendant, and files this motion for continuance of the current trial setting. Defendant requests that the Court continue trial of this matter from its current date, January 13, 2026, to a date on or after February 23, 2026. In support thereof, Defendant would show the Court the following:

1. The above-named defendant was named in a two-count indictment for (1) Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine and (2) Possession with Intent to Distribute 500 Grams or More of Methamphetamine.

2. Counsel for Defendant Nesbitt has a previously scheduled 25th anniversary trip out of the country from December 17, 2025 through January 3, 2026. Defendant Nesbitt is not currently involved in any plea negotiations and currently intends to try this matter. A continuance of Nesbitt's trial and pretrial deadlines would allow the Government and Defendant Nesbitt to better coordinate and work together on pretrial issues to maximize efficiency of a trial.

3. Counsel for Defendant Scott "requests a continuance of his trial and pre-trial deadlines because the defense is still engaged in plea negotiations. If negotiations are not successful, defendant [Scott] will need more time to file appropriate pre-trial motions and comply with all orders of the Court."

4. Additionally, a potentially significant alleged witness has recently been found and disclosed to defense counsel. The new information from and through this witness must be investigated, examined and reviewed to better understand how it may or may not affect the trial or other potential resolution of this matter.

5. Title 18, United States Code, Section 3161(h)(7)(A) allows the Court to exclude from the speedy trial calculation any period of delay resulting from the Court granting a motion of the parties to continue the trial setting where the Court finds that the ends of justice are served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

6. Defendant has conferred with counsel for the government and counsel for Defendant Scott who are not opposed to this motion to continue the current trial setting and pretrial deadlines. Defendant Scott's position on a continuance is set forth in Paragraph 3 above at counsel's request.

WHEREFORE, Defendant Nesbitt respectfully requests that this Court continue the trial and pretrial deadlines to allow for a trial setting on or after February 23, 2026, or as the Court may otherwise direct.

        Respectfully submitted,

        Slater C. Elza
        State Bar No. 24000747
        slater.elza@uwlaw.com
        UNDERWOOD LAW FIRM, PC
        P.O. Box 9158
        Amarillo, Texas 79105
        (806) 376-5613
        Fax: (806) 379-0316

By:    */s/ Slater C. Elza*
        Slater C. Elza

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Joshua Frausto, AUSA, and Eric Coats regarding the filing of the foregoing and they are not opposed to this motion.

        */s/ Slater C. Elza*
        Slater C. Elza

## CERTIFICATE OF SERVICE

On December 12, 2025, I electronically submitted the foregoing document with the Clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or parties electronically or by another manner authorized by Federal Rule of Criminal Procedure 49.

        */s/ Slater C. Elza*
        Slater C. Elza