IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>JOHIAN SCOTT (1)<br>CAMERON NESBITT (2),<br><br>    Defendant. | No. 2:25-CR-088-Z-BR |

**ORDER**

Before the Court is Defendant's Unopposed First Motion for Continuance of Trial Setting ("Motion"). ECF No. 43. In the Motion, Defendant states that his Counsel has a previously scheduled twenty-fifth anniversary trip at this time, and that Defendant has become aware of a potential witness he must further investigate. *Id.* at 1–2. Moreover, Defendant asserts a continuance "would allow the Government and Defendant Nesbitt to better coordinate and work together on pretrial issues to maximize efficiency of a trial." *Id.* at 1. Defendant notes that a co-defendant in this case also requests a continuance to enable ongoing plea negotiations. *Id.* at 2. The Government does not oppose Defendant's Motion. *Id.* at 2. Accordingly, the Court finds the ends of justice are best served by continuance and that those ends outweigh the public interest and Defendant's interest in a speedy trial. Therefore, the Court **GRANTS** Defendant's Motion and **CONTINUES** Defendant's trial to **Tuesday, March 10, 2025**, at **9:00 a.m.** The Court will enter an Amended Trial Scheduling Order resetting all applicable pre-trial deadlines.

**SO ORDERED.**

December 30, 2025.

                                              MATTHEW J. KACSMARYK
                                              UNITED STATES DISTRICT JUDGE