**Verdict Form:**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

CAMERON NESBITT

2:25-CR-088-Z-BR-(2)

## VERDICT OF THE JURY

We, the Jury, find the defendant, **Cameron Nesbitt**:

**Count One of the indictment** – Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine

_____✓_____ Guilty

_____ Not Guilty

**Count Two of the indictment** – Possession with Intent to Distribute 500 Grams or More of Methamphetamine

_____✓_____ Guilty

_____ Not Guilty

_James R Thompson_
FOREPERSON

_3/18/26_
DATED